**Electronically Filed
Supreme Court
SCWC-13-0002226
26-DEC-2014
10:11 AM**

SCWC-13-0002226

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

MARTIN YOUNG,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0002226; CR. NO. 12-1-1580)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Martin Young's Application

for Writ of Certiorari filed on November 19, 2014, is hereby

rejected.

DATED:  Honolulu, Hawaiʻi, December 26, 2014.

Glenn D. Choy
for petitioner

Sonja P. McCullen
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

